**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20158-CR- LENARD**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ADALBERTO PEREZ,

      Defendant.
_____/

**<u>NOTICE OF FILING LETTERS</u>**
**<u>IN SUPPORT OF SENTENCING</u>**

      ADALBERTO PEREZ, by and through undersigned counsel hereby files

the attached letters.

                               Respectfully submitted,

                               <u>/s/ William R. Barzee</u>
                               William R. Barzee
                               Fla. Bar No. 0158720
                               Courthouse Center, PH 1
                               40 NW Third Street
                               Miami, Florida 33128
                               Tel: (305)374-3998
                               Fax: (305)374-3985
                               WilliamBarzee@barzeeflores.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed on

September 8, 2016 and was served to the parties in this case from that system.

s/ William R. Barzee
William R. Barzee