September 8, 2016

Dear Honorable Judge Lenard,

My father has always been a great part of my life. I have always loved his company and he has taught me so much about life. He taught me respect, generosity, and the importance of an education. My father is a good hearted, hard working person. He has always been there when I needed him. I understand that he has made a mistake, and I ask you to please be lenient with the sentencing.

Sincerely,

Johanna Perez

September 7, 2016

Dear Honorable Judge Lenard,

    I have always looked up to my father. He taught me how to be a good man, and caretaker for my mother and sister. He has always been hardworking always taking care of his family. He has taught me to set and reach goals in life. He has taught me to stay out of trouble. I love my father and ask that you are lenient with your conviction.

Sincerely,

Jassiel Perez

September 2, 2016

Dear Judge Lenard,

As the mother of Adalberto Perez, my son has always taken care of me. Whenever I was sick he tended to me. I have several children but none care for me the way he does.  He has always been there for me. I know he made a mistake, but I just ask for you to take into consideration the good person he has been to his family and how much his family relies on him.

Sincerely,

Amada Naite

September 8, 2016

Dear Honorable Judge Lenard,

I am the Adalberto Perez's stepfather. I have been married to his mother Amada Naite for more

than 30 years. I have watched him grow to the man he is today. He is hard working, and focused

on taking care of everyone, including his mother and me. Ever since we arrived to this country

he has supported us financially and taken care of us. I truly see Adalberto as my own son. He is a

kind and generous man. I ask for your compassion during his conviction. Thank you


Sincerely,

Ramon Venal